PROB22
(12/2016)

| | |
|---|---|
| TRANSFER OF JURISDICTION | DOCKET NUMBER (*Tran. Court*):<br>5:25CR00804-001 |
| | DOCKET NUMBER (*Rec. Court*):<br>1:26PT00013 |

| NAME AND ADDRESS OF SUPERVISED PERSON:<br>Haji, Hamadi Chirango | DISTRICT:<br>Southern District of Texas | DIVISION:<br>Laredo |
|---|---|---|
| | NAME OF SENTENCING JUDGE:<br>Honorable John A. Kazen | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | From:<br>**12/18/2025** | To:<br>**12/17/2027** |

OFFENSE: Conspiracy to transport an undocumented alien within the United States, 8 U.S.C. §§ 1324(a)(1)(A)(ii), (a)(1)(B)(i), and (v)(I).

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision):

Mr. Haji maintains familial ties to the Western District of Michigan and has no intention to return to Laredo, Texas.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Southern District of Texas, Laredo Division:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District of Michigan upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 18, 2026
_____
Date

*(signature)* Honorable John A. Kazen
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Western District of Michigan:

IT IS HEREBY ORDERED that, jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 19, 2026
_____
Effective Date

/s/ Robert J. Jonker
Honorable Robert J. Jonker
United States District Judge